# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Isgur, Marvin P. | Southern District of Texas | 03/23/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

515 Rusk
Houston, Texas 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Houston Urban Debate League, a non-profit entity |
| 2. | Trustee | Testamentary Trust - █ |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 03/23/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | 01/15/2011 | Austin, Texas | Non-FJC Funded Educational Program | Travel and Food |
| 2. | State Bar of Texas | 01/28/2011 | Dallas, Texas | Non-FJC Funded Eductaional Program | Travel and Food |
| 3. | University of Texas CLE | 02/18/2011 | Austin, Texas | Non-FJC Funded Educational Program | Travel and Food |
| 4. | State Bar of Texas | 05/12/2011 | S. Padre Island, Texas | Non-FJC Funded Educational Program | Travel and Food |
| 5. | State Bar of Texas | 05/25/2011-05/27/2011 | Horseshoe Bay, Texas | Non-FJC Funded Educational Program | Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 03/23/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | University of Texas CLE | 08/11/2011-08/12/2011 | Galveston, Texas | Non-FJC Funded Educational Program | Travel, Food, Lodging |
| 7. | Nat'l Ass'n of State Attys General | 10/26/2011 | Austin, Texas | Non-FJC Funded Educational Program | Travel and Food |
| 8. | University of Texas CLE | 11/17/2011-11/18/2011 | Austin, Texas | Non-FJC Funded Educational Program | Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 03/23/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 03/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Prime Money Market | A | Dividend | N | T | | | | | |
| 2. Vanguard 500 Index Fund | E | Dividend | P1 | T | | | | | |
| 3. Vanguard 500 Index Fund | E | Dividend | P1 | T | Sold (part) | 12/02/11 | O | | |
| 4. | | | | | Buy (add'l) | 01/06/11 | J | | |
| 5. | | | | | Buy (add'l) | 02/14/11 | J | | |
| 6. | | | | | Buy (add'l) | 03/21/11 | J | | |
| 7. | | | | | Buy (add'l) | 04/01/11 | J | | |
| 8. | | | | | Buy (add'l) | 04/05/11 | K | | |
| 9. | | | | | Buy (add'l) | 04/14/11 | J | | |
| 10. | | | | | Buy (add'l) | 05/13/11 | J | | |
| 11. | | | | | Buy (add'l) | 06/03/11 | J | | |
| 12. | | | | | Buy (add'l) | 07/05/11 | J | | |
| 13. | | | | | Buy (add'l) | 08/30/11 | J | | |
| 14. | | | | | Buy (add'l) | 09/22/11 | J | | |
| 15. | | | | | Buy (add'l) | 12/05/11 | J | | |
| 16. Vanguard Prime Money Market | A | Dividend | P1 | T | Sold (part) | 01/13/11 | J | | |
| 17. | | | | | Sold (part) | 01/26/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 03/23/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 01/28/11 | J | | |
| 19. | | | | | Sold (part) | 01/31/11 | K | | |
| 20. | | | | | Sold (part) | 02/16/11 | K | | |
| 21. | | | | | Buy (add'l) | 04/05/11 | J | | |
| 22. | | | | | Sold (part) | 04/07/11 | J | | |
| 23. | | | | | Sold (part) | 06/15/11 | J | | |
| 24. | | | | | Sold (part) | 09/13/11 | J | | |
| 25. | | | | | Buy (add'l) | 12/02/11 | O | | |
| 26. Vanguard 500 Index Fund | E | Dividend | O | T | Sold (part) | 12/01/11 | N | G | |
| 27. Vanguard Prime Money Market | A | Dividend | P1 | T | Buy (add'l) | 12/01/11 | O | | |
| 28. Vanguard Total Stock Market Index Fund | C | Dividend | M | T | Sold (part) | 10/07/11 | K | | |
| 29. Vanguard 500 Index (Testamentary Trust-NI) | A | Dividend | L | T | Sold (part) | 01/03/11 | J | | |
| 30. | | | | | Sold (part) | 02/01/11 | J | | |
| 31. | | | | | Sold (part) | 03/01/11 | J | | |
| 32. | | | | | Sold (part) | 04/01/11 | J | | |
| 33. | | | | | Sold (part) | 04/29/11 | J | | |
| 34. | | | | | Sold (part) | 06/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 03/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 07/01/11 | J | | |
| 36. | | | | | Sold (part) | 08/01/11 | J | | |
| 37. | | | | | Sold (part) | 09/01/11 | J | | |
| 38. | | | | | Sold (part) | 09/30/11 | J | | |
| 39. | | | | | Sold (part) | 11/01/11 | J | | |
| 40. | | | | | Sold (part) | 12/01/11 | J | | |
| 41. Bank of America Money Market | A | Interest | L | T | Sold (part) | 01/18/11 | J | | |
| 42. | | | | | Sold (part) | 04/15/11 | J | | |
| 43. | | | | | Sold (part) | 03/31/11 | J | | |
| 44. | | | | | Sold (part) | 08/23/11 | J | | |
| 45. | | | | | Sold (part) | 08/29/11 | J | | |
| 46. | | | | | Sold (part) | 09/13/11 | J | | |
| 47. | | | | | Sold (part) | 10/21/11 | J | | |
| 48. Bank of America Checking | A | Interest | K | T | | | | | |
| 49. Baxter International | A | Dividend | J | T | Buy (add'l) | 01/06/11 | J | | |
| 50. | | | | | Buy (add'l) | 04/04/11 | J | | |
| 51. | | | | | Buy (add'l) | 07/05/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 03/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/04/11 | J | | |
| 53.  Boeing Co. | A | Dividend | J | T | Buy (add'l) | 03/07/11 | J | | |
| 54. | | | | | Buy (add'l) | 06/06/11 | J | | |
| 55. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 56. | | | | | Buy (add'l) | 12/02/11 | J | | |
| 57.  Cardinal Health | A | Dividend | J | T | Buy (add'l) | 01/19/11 | J | | |
| 58. | | | | | Buy (add'l) | 04/18/11 | J | | |
| 59. | | | | | Buy (add'l) | 07/18/11 | J | | |
| 60. | | | | | Buy (add'l) | 10/18/11 | J | | |
| 61.  Carefusion Corp. | | None | J | T | | | | | |
| 62.  Cisco Systems | A | Dividend | J | T | Buy (add'l) | 04/21/11 | J | | |
| 63. | | | | | Buy (add'l) | 07/26/11 | J | | |
| 64. | | | | | Buy (add'l) | 10/26/11 | J | | |
| 65.  Entergy Corp | B | Dividend | K | T | Buy (add'l) | 03/02/11 | J | | |
| 66. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 67. | | | | | Buy (add'l) | 09/02/11 | J | | |
| 68. | | | | | Buy (add'l) | 12/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 03/23/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Frontier Communications | A | Distribution | J | T | Buy (add'l) | 04/01/11 | J | | |
| 70. | A | Dividend | | | Buy (add'l) | 07/01/11 | J | | |
| 71. | | | | | Buy (add'l) | 10/03/11 | J | | |
| 72. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 73. Johnson & Johnson | A | Dividend | J | T | Buy (add'l) | 03/16/11 | J | | |
| 74. | | | | | Buy (add'l) | 06/15/11 | J | | |
| 75. | | | | | Buy (add'l) | 09/14/11 | J | | |
| 76. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 77. Sempra Energy | B | Dividend | K | T | Buy (add'l) | 01/19/11 | J | | |
| 78. | | | | | Buy (add'l) | 04/18/11 | J | | |
| 79. | | | | | Buy (add'l) | 07/18/11 | J | | |
| 80. | | | | | Buy (add'l) | 10/18/11 | J | | |
| 81. Southern Co. | B | Dividend | K | T | Buy (add'l) | 03/08/11 | J | | |
| 82. | | | | | Buy (add'l) | 06/07/11 | J | | |
| 83. | | | | | Buy (add'l) | 09/07/11 | J | | |
| 84. | | | | | Buy (add'l) | 12/06/11 | J | | |
| 85. Verizon Communications | B | Dividend | K | T | Buy (add'l) | 02/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 03/23/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 05/02/11 | J | | |
| 87. | | | | | Buy (add'l) | 08/01/11 | J | | |
| 88. | | | | | Buy (add'l) | 11/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 03/23/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 03/23/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Marvin P. Isgur**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544